# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| MARVIN AIKENS, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CV418-203 |
| | ) | CR417-043 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Marvin Aikens moves under 28 U.S.C. § 2255 to vacate, set aside, or correct his federal sentence. CR417-023, doc. 44. The Court **DIRECTS** the Government to respond within ninety days from the date of this Order. 28 U.S.C. § 2255 Rule 4(b).

**SO ORDERED,** this __19th__ day of October, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA