# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| MARVIN AIKENS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV418-203 |
| ) | CR417-043 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Petitioner's 28 U.S.C. § 2255 motion was filed on August 27, 2018. Doc. 44.[1] The Court directed the Government to respond, doc. 46, and the Government asked for, doc. 50, and received, doc. 51, an extension of time to file that response. The Government filed a response, doc. 57, and the Court recommended dismissing the petition, doc. 59. The District Judge, declined to adopt the recommendation and instead directed petitioner to file an amended petition. Doc. 70. It appears however, that petitioner has not kept the court apprised of his address as required by S.D. Ga. L.R. 11.1 ("Each attorney and *pro se* litigant has a continuing obligation to apprise the Court of any address change."). See Case No. CV418-203, doc. 23, doc. 24.[2]

---

[1] Unless otherwise noted, the Court cites to the criminal docket in Case No. CR417-043.
[2] The Court cites to the civil docket as the documents do not appear on the criminal docket. Since all entries on the civil docket should be mirrored on the criminal docket, the Clerk is

This Court has the authority to prune cases from its dockets where parties have failed to comply with its Orders. *See L.R. 41(b)*; *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). Generally the Court would recommend the dismissal of this case for failing to provide a proper address. However, considering the fact that the time for amendment has not yet run, and because the undeliverable receipts do not appear on the criminal docket, such an action would be hasty here. Instead, petitioner is **DIRECTED** to respond to this Order and **SHOW CAUSE** within thirty days from the date of this order why a recommendation of dismissal should not be entered for failing to follow a Court rule.

**SO ORDERED,** this 7th day of October, 2020.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

**DIRECTED** to update the docket in petitioner's criminal case accordingly.